IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CR-249-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ANTHONY TOMMY FOSTER, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) filed by Reggie E. McKnight, concerning Robert Andrew Willis, on August 24, 2020. Robert Andrew Willis seeks to appear as counsel *pro hac vice* for Defendant Anthony Tommy Foster. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) is **GRANTED**. Robert Andrew Willis is hereby admitted *pro hac vice* to represent Defendant Anthony Tommy Foster.

Signed: August 26, 2020

David C. Keesler
United States Magistrate Judge