IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00249-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY TOMMY FOSTER (1), )<br>)<br>DEFENDANT. )<br>) | **AMENDED ORDER**[1] |

**THIS MATTER** is before the Court upon motions of the defendant for a continuance of this matter from the October 5, 2020, trial term in the Charlotte Division. (Doc. Nos. 53 & 56).

For the reasons stated in the motions, the Court finds that the defendant has sufficient cause for a continuance in this matter. The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to the December 7, 2020, term of Court.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on November 23, 2020 at 9:30 A.M., in a courtroom to be designated in the Charles R. Jonas Federal Building.

---

[1] This amendment corrects a typographical mistake in the original Order regarding the trial term date.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 6, 2020

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge