IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00249-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY TOMMY FOSTER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for leave to file a brief in support of his previously filed objections to the Presentence Investigation Report. (Doc. Nos. 105, 106).

The Court finds that the defendant has stated sufficient cause for the requested relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**. The defendant shall file any brief in support of his previously filed objections on or before March 17, 2021.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: February 18, 2021

Robert J. Conrad, Jr.
United States District Judge