IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-249-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ANTHONY TOMMY FOSTER, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 143) filed by Jennifer A. Errington, concerning James K. Leven, on December 29, 2023. James K. Leven seeks to appear as counsel *pro hac vice* for Defendant Foster. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 143) is **GRANTED**. James K. Leven is hereby admitted *pro hac vice* to represent Defendant Foster.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge