**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-249-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **ANTHONY TOMMY FOSTER,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 144) filed by Jennifer A. Errington, concerning Daniel E. Radakovich, on December 29, 2023. Daniel E. Radakovich seeks to appear as counsel *pro hac vice* for Defendant Foster. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 144) is **GRANTED**. Daniel E. Radakovich is hereby admitted *pro hac vice* to represent Defendant Foster.

      **SO ORDERED**.

Signed: January 3, 2024

David C. Keesler
United States Magistrate Judge